# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2014

## NO. 03-13-00057-CV

### Kristen Kocurek, M.D., and Texas MedClinic, Appellants

### v.

### Anthony D. Colby, Appellee

## APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on January 7, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for a determination of attorneys' fees and for entry of a final order dismissing appellee's claims against appellants. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.